FILED '09 JUL 22 15:39 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **LISA M. DILLON** | CV # 08-66-HO |
| Plaintiff, | |
| vs. | |
| **MICHAEL J. ASTRUE,** **COMMISSIONER of Social Security,** | ORDER FOR EAJA FEES |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of **$6095.76**, pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412, and no costs or expenses, shall be awarded and made payable to Plaintiff, and mailed to Plaintiff's attorney, Merrill Schneider.

DATED this 22nd day of July, 2009.

HON. MICHAEL R. HOGAN
UNITED STATES DISTRICT JUDGE

Presented by:

/s/__Linda Ziskin_
**LINDA ZISKIN**, OSB # 01106
(503) 889-0472
Of Attorneys for Plaintiff